**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TERRI CASTELO,

        Plaintiff,

vs.                              Case No. 3:15-cv-1134-J-34MCR

FORTIVA FINANCIAL, LLC, and
ATLANTICUS HOLDINGS
CORPORATION,

        Defendants.
_____/

**ORDER OF DISMISSAL**

This matter is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 23; Stipulation) filed on March 7, 2016. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear their own attorney's fees, costs and expenses.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 8th day of March, 2016.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record